FILED
MAR 14 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:08cr 54-WKW |
| | ) [18 USC 2113(a); |
| | ) 18 USC 371] |
| KEVIN JEMAIN FOSTER, and | ) |
| KIVEN JERMAIN FOSTER | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 27th day of April, 2007, in Brundidge, Alabama, in the Middle District of Alabama, the defendants,

KEVIN JEMAIN FOSTER, and
KIVEN JERMAIN FOSTER,

knowingly and willfully took, by force and violence, and by intimidation from the person and presence of person(s), money, belonging to and in the care custody, control, management, and possession of The Troy Bank and Trust, a federally insured bank, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about the 27th day of April, 2007, in Brundidge, Alabama, in the Middle District of Alabama, the defendants,

KEVIN JEMAIN FOSTER, and
KIVEN JERMAIN FOSTER,

did conspire together to commit an offense against the United States of America, to-wit: bank robbery, in any manner and for any purpose, and one or more of the defendants did an act to effect the object of the conspiracy, to-wit: did obtain a device intended to aid the defendants in

knowingly and willfully take by force and violence, and by intimidation, money from the person, and did obtain transportation, in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney