UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:08-cr-54-WKW |
| ) | |
| KEVIN JEMAIN FOSTER, and   ) | |
| KIVEN JERMAIN FOSTER   ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against KEVIN JEMAIN FOSTER and KIVEN JERMAIN FOSTER, now in custody of the Pike County Jail, Troy, AL, and that said cause is set for arraignment at 10:30 a.m. on April 30, 2008, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Pike County Jail, Troy, AL, commanding them to deliver said prisoners, KEVIN JEMAIN FOSTER and KIVEN JERMAIN FOSTER, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoners before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 19th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280   (334) 223-7138 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER, and | ) | |
| and KIVEN JERMAIN FOSTER | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed March 19, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Pike County Jail, Troy, AL, commanding them to deliver the said prisoners, KEVIN JEMAIN FOSTER and KIVEN JERMAIN FOSTER, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoners, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on April 30, 2008, and to return said prisoners, to said official when the Court has finished with them.

DONE this the _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE