UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )  )  | |
| v.                                                     )  | CR. NO. 2:08cr54-WHA |
|                                                          )  | |
| KEVIN JEMAIN FOSTER, and   )  | |
| and KIVEN JERMAIN FOSTER  )  | |

**ORDER ON MOTION**

Upon consideration of the Motion for Writ of Habeas Corpus Ad Prosequendum (Doc. #5) filed March 19, 2008, and for good cause shown, it is

ORDERED that the motion (Doc. #5) is GRANTED. The Clerk of this Court is DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Pike County Jail, Troy, Alabama, commanding them to deliver KEVIN JEMAIN FOSTER and KIVEN JEMAIN FOSTER, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this Court at Montgomery, Alabama, for arraignment on April 30, 2008, at 10:30 a.m., and to return said prisoners to said official when the Court shall have finished with him.

DONE this 25th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE