## IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **Plaintiff,** * | |
| * | |
| **VS.** * | **CASE NO. CR 2:08cr54-2** |
| * | |
| **KIVEN JERMAIN FOSTER** * | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Comes now Andrew M. Skier, Attorney at Law, and hereby files this notice of appearance as Court-Appointed Counsel on behalf of the defendant in the above-styled cause.

Respectfully submitted this the 29th day of April, 2008.

    s/ Andrew M. Skier

ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Hon. Susan R. Redmond**
Assistant United States Attorney

**Hon. Kevin Butler**
Office of the Federal Defender

      s/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice)
(334) 263-4766 (Fax)
Email:  amskier@mindspring.com