IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08cr54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER & | ) | |
| KIVEN JERMAIN FOSTER | ) | |

**UNOPPOSED JOINT MOTION TO CONTINUE**

**COMES NOW,** Kevin J. Foster and Kiven J. Foster, by and through Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), and jointly move without opposition to continue the trial presently scheduled in this case. Kiven J. Foster is represented by Andrew Skier, Esquire. Mr. Skier has expressly authorized undersigned counsel to file this motion on behalf of his client.

In support of this Motion, the Defendants state:

1.  Both Defendants are charged with conspiracy to commit bank robbery and the ultimate robbery of the Troy Bank and Trust located in Brundidge, Alabama. (See Docket No. 1.)

2.  The parties have been timely provided with initial discovery.

3.  Review of the discovery indicates that multiple witnesses must be interviewed by the defendants before the presently scheduled trial date. All of these witnesses live outside of Montgomery County, Alabama. Therefore, the investigation of this matter is time consuming and will not be completed before the presently scheduled trial date of June 23, 2008.

4.  Additionally, the defense investigation has revealed the possibility that persons other than the Defendants in this case may have committed the bank robbery. However, these persons are

yet to be located and are no longer living in the State of Alabama. Therefore, because the investigation and location of these potential witnesses is time consuming, it will not be completed before the presently scheduled trial date of June 23, 2008.

5. Because the factual investigation of this case is complex and the Defendants need additional time to complete their investigation of this case, there is good cause and it is in the interest of justice to continue trial from the presently scheduled trial date of June 23, 2008.

6. This additional time will also facilitate the possible negotiated disposition of this case.

7. The United States by and through Susan Redmond, does not oppose this continuance.

8. Attached to this pleading is a waiver of speedy trial signed by Kevin J. Foster.

9. Kiven J. Foster's waiver of speedy trial will be filed within five (5) days of the filing of this pleading.

10. Requests for a continuance of trial are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. 3161(h)(1)(I), (h)(3)(A)(B), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), it is in the interest of justice and within the discretion of the trial court to continue trial when additional time is needed to prepare for trial and complete a factually complex investigation.

Dated this 16th day of May, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **2:08cr54-WKW** |
| ) | |
| **KEVIN JEMAIN FOSTER &** ) | |
| **KIVEN JERMAIN FOSTER** ) | |

## CERTIFICATE OF SERVICE

   I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                                               Respectfully submitted,


                                                               s/ Kevin L. Butler
                                                               KEVIN L. BUTLER
                                                               First Assistant Federal Defender
                                                               201 Monroe Street, Suite 407
                                                               Montgomery, Alabama 36104
                                                               Phone: (334) 834-2099
                                                               Fax: (334) 834-0353
                                                               E-mail: kevin_butler@fd.org
                                                               AZ Bar Code: 014138

I Kevin J. Foster having been informed of my right to a speedy trial, voluntarily and knowingly waive my right to trial on June 23, 2008, and ask that trial in my case be set on the next available trial term.

Kevin J. Foster