IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:08cr054-WHA |
| ) | |
| KEVIN JERMAIN FOSTER and ) | |
| KIVEN JERMAIN FOSTER ) | |

**ORDER**

This case is before the court on the Defendants' Unopposed Joint Motion to Continue (Doc. #21), filed on May 16, 2008. Upon consideration, the court finds, for the reason that additional time is needed by the Defendants to adequately prepare their defense, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendants and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing June 23, 2008, and RESET for the term of court commencing August 18, 2008, in Montgomery, Alabama.

DONE this 19th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE