IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA     *
    Plaintiff,     *
         *
VS.     *     CASE NO. CR 2:08cr54-2
         *
KIVEN JERMAIN FOSTER     *
    Defendant.

## WAIVER OF RIGHTS UNDER THE SPEEDY TRIAL ACT AND THE SIXTH AMENDMENT OF THE UNITED STATES CONSITUTION

Comes now the Defendant, Kiven Jermain Foster, and respectfully waives his right to be tried under the Speedy Trial Act 18 U.S.C.A. Section 3161(c)(1) within the seventy (70) day limit. The Defendant further waives his rights to a speedy trial under the Sixth Amendment of the United States Constitution.

Respectfully submitted this the 21 day of May, 2008.

_____
DEFENDANT

_____
ANDREW M. SKIER (SKI013)
PO Box 4100
Montgomery, AL 36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)