UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER, and | ) | |
| KIVEN JERMAIN FOSTER | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody KEVIN JEMAIN FOSTER and/or KIVEN JERMAIN FOSTER into the custody of FBI Special Agents Chris LaCarter and/or John Canning, on August 1, 2008, through January 31, 2009, so that said agents can take such prisoners into custody for the purpose of transporting them to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Chris LaCarter and/or John Canning to return said prisoners into the custody of the United States Marshals Service when they have finished with them.

Respectfully submitted this the 31st day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280     (334) 223-7138 Fax

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER, and | ) | |
| KIVEN JERMAIN FOSTER | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Skier, Esq., and Kevin Butler, Esq.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280     (334) 223-7138 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER, and | ) | |
| KIVEN JERMAIN FOSTER | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #), filed on July 31, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of KEVIN JEMAIN FOSTER and/or KIVEN JERMAIN FOSTER into the custody of Special Agents Chris LaCarter and/or John Canning, on August 1, 2008, through January 31, 2009, so that said agents can take such prisoners into custody for the purpose of transporting them to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Agents Chris LaCarter and/or John Canning return said prisoners into the custody of the United States Marshals Service when they have finished with them.

Done this the _____ day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE