UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08-cr-54-WKW |
| | ) | |
| KEVIN JEMAIN FOSTER, and | ) | |
| KIVEN JERMAIN FOSTER | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #26), filed on

July 31, 2008, and for good cause, it is

ORDERED that the motion  is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of

KEVIN JEMAIN FOSTER and/or KIVEN JERMAIN FOSTER into the custody of Special Agents

Chris LaCarter and/or John Canning, on August 1, 2008, through January 31, 2009, so that said

agents can take such prisoners into custody for the purpose of transporting them to the Office of the

United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is also

ORDERED that Agents Chris LaCarter and/or John Canning return said prisoners into the

custody of the United States Marshals Service when they have finished with them.

Done this the 31st day of July,  2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE