### IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     **Plaintiff,** * | |
| * | |
| **VS.** * | **CASE NO. CR 2:08cr54-2** |
| * | |
| **KIVEN JERMAIN FOSTER** * | |
|     **Defendant.** | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Kiven Jermain Foster, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of one of the charges contained in the Indictment, pursuant to a negotiated plea agreement with the United States Attorney.

Respectfully submitted this the 7th day of August, 2008.

S/ Andrew M. Skier
ANDREW M. SKIER  (SKI013)
PO Box 4100
Montgomery, AL  36103-4100
(334) 263-4105 (Voice) (334) 263-4766 (Fax)
Email:  amskier@mindspring.com

# IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA
# FOR THE MIDDLE DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA** *
    **Plaintiff,** *
 *
**VS.** *  **CASE NO. CR 2:08cr54-2**
 *
**KIVEN JERMAIN FOSTER** *
    **Defendant.**

## CERTIFICATE OF SERVICE

 I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Hon. Susan Redmond, Esquire, Assistant US Attorney.


       S/ Andrew M. Skier
       ANDREW M. SKIER (SKI013)
       PO Box 4100
       Montgomery, AL 36103-4100
       (334) 263-4105 (Voice) (334) 263-4766 (Fax)
       Email: amskier@mindspring.com